The People of the State of Illinois for the use of Abraham H. Patek, appellee, v. Henry Blech et al., appellants. Gen. No. 36,536.

Opinion filed February 7, 1934.
Victor Ohrenstein and Herman Herson, for appellants. Coburn, Kearney & Coburn, for appellee; A. H. Patek and Archie Coburn, of counsel.
Mr. Justice Hebel delivered the opinion of the court.